UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:20-1197 ) RDA-IDD |
| HIRSCH & CO., LLC, | ) ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

COME NOW the Trustees of the Plumbers and Pipefitters National Pension Fund, who effective July 1, 2021 changed their name to the United Association National Pension Fund and Trustees of the International Training Fund, Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue LLP, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By:___/s/_____
John R. Harney, Bar No. 41520
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW Suite 800
Washington, DC 20015
Telephone No.: (202)362-0041
Facsimile No.: (202)362-2640
jharney@odonoghuelaw.com

GRANTED this _____ day of
_____, 2021:

_____
United States District Judge

(cc's listed on next page)

cc:    John R. Harney, Esq.
       Rebecca Richardson, Esq.
       O'Donoghue & O'Donoghue LLP
       5301 Wisconsin Avenue, N.W., Suite 800
       Washington, D.C.  20015

       Hirsch & Co., LLC
       P. O. Box 2012
       Shelter Island, NY  11964

821070.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., </br></br>       Plaintiffs, </br></br>            v. </br></br> HIRSCH & CO., LLC, </br></br>       Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 1:20-1197 </br> )                       RDA-IDD </br> ) </br> ) </br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

No parties other than the Plaintiffs counsel registered.

And I hereby certify that I have mailed the document by U.S. Mail, postage prepaid to the following non-filing user:

Hirsch & Co., LLC
P. O. Box 2012
Shelter Island, NY  11964


   /s/_____
John R. Harney, Bar No. 41520
Counsel for Plaintiff Funds
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Ave., NW
Washington, DC 20016
Telephone No.:  (202)362-0041
Facsimile No.:   (202)362-2640
jharney@odonoghuelaw.com

821070.1