IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-cv-01197 (RDA/IDD) |
| HIRSCH & CO. LLC, | ) ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund's[1] and Plaintiff Trustees of the International Training Fund's Notice of Dismissal. Dkt. 23. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
July 21, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] According to the Notice of Dismissal, effective July 1, 2021, Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund changed its name to United Association National Pension Fund. *See* Dkt. 23.